# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TODD JADLOW, derivatively on behalf of SELECTQUOTE, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY R. DANKER, RAFFAELE SADUN, DONALD BRITTON, EARL DEVANNY III, DENISE DEVINE, WILLIAM GRANT II, DONALD HAWKS III, KAVITA K. PATEL, and RAYMOND WELDON, <br><br> Defendants, <br><br> and <br><br> SELECTQUOTE, INC., <br><br> Nominal Defendant. | C.A. No. 22-391-RGA |

## JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TRANSFER OF ACTION

WHEREAS, on July 12, 2022, the parties filed a joint stipulation proposing to stay this Action;

WHEREAS, on July 13, 2022, the Court denied the proposed order regarding the stay and ordered the Parties to show cause why this Action should not be transferred to the U.S. District Court for the Southern District of New York; and

WHEREAS, the parties met and conferred and jointly consent to the transfer of this Action to the U.S. District Court for the Southern District of New York.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this Derivative Action through their undersigned counsel, subject to the approval of the Court, that this Action is hereby transferred to the U.S. District of the Southern District of New York.

**STIPULATED TO AND APPROVED BY:**

Dated: July 19, 2022

Of Counsel:
**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

**FARNAN LLP**

/s/ *Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Attorneys for Plaintiff Todd Jadlow*

Of Counsel:
**WACHTELL, LIPTON, ROSEN & KATZ**
Rachelle Silverberg
Karen Wong
51 W 52nd St
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2299
Email: RSilverberg@wlrk.com
Email: KWong@wlrk.com

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ *Raymond J. DiCamillo*
Raymond J. DiCamillo (Bar No. 3188)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: dicamillo@rlf.com

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated:  July 19, 2022

/s/ Richard G. Andrews
Hon. Richard G. Andrews
United States District Judge